**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Swift Transportation
   c/o James F. Mahoney
   2200 South 75th Avenue
   Phoenix, Arizona 85043

   2:07cv356-MHT

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Linda Aranda
C. Date of Delivery: 5/9/07

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

   SMSE Corp.

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 5887 7574

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540