IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>SWIFT TRANSPORTATION and )<br>FREDRICK S. MARTIN, JR.,  )<br>)<br>Defendants.  ) | Case No.:  2:07cv356-MHT |

---

### REPORT OF THE PARTIES' PLANNING MEETING

---

1. Pursuant to Fed. R. Civ. 26(f), a meeting was held on 6/11, 2007, via telephone conference and was attended by:

    **R. Matt Glover, Esq.**, for Plaintiffs;
    **Lea Richmond, IV, Esq.**, for Defendants.

2. **Pre-Discovery Disclosures.** The parties will exchange by **July 1, 2007**, the information required by Federal Rule of Civil Procedure 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:  Plaintiffs' claims and damages and Defendants' defenses thereto.

    All discovery commenced in time to be completed by **February 1, 2008.**

Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of **ten (10)** depositions by Plaintiffs and **ten (10)** depositions by Defendants. This limitation excludes depositions of experts designated as witnesses for trial. Each deposition is limited to a maximum of 8 hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:
from Plaintiffs by **November 1, 2007.**
from Defendant by **December 1, 2007.**

Supplements under Rule 26(e) due within **30 days** before trial.

4. **Other items.**

The parties (**do/do not**) request a conference with the Court before entry of the scheduling order.

Plaintiffs should be allowed until **August 1, 2007**, to join additional parties and to amend the pleadings.

Defendants should be allowed until **September 1, 2007**, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **February 19, 2008**.

The parties request a pre-trial conference on **May 19, 2008**.

Final lists of trial evidence under Rule 26(a)(3) should be due:

from Plaintiffs: witnesses and exhibit list exchanged **30 days before trial.**

from Defendants: witnesses and exhibit list exchanged **30 days before trial.**

Parties should have **10** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The parties will engage in formal settlement negotiations after some discovery has been conducted.

This case should be ready for trial by **the Court's June 23, 2008, civil jury docket in Montgomery, Alabama**, and at this time is expected to take approximately **3 days.**

_____
R. Matt Glover, Esq.
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

_____
Lea Richmond, IV, Esq.
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216