IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, | § § § | |
| PLAINTIFFS, | § § | |
| VS | § § | CV 2:07cv356-MHT |
| SWIFT TRANSPORTATION CORPORATION, INC. and FREDRICK S. MARTIN, JR., | § § § § | JURY DEMAND |
| DEFENDANTS. | § | |

## PLAINTIFFS' INITIAL DISCLOSURES

COME NOW the Plaintiffs, by and through their attorneys of record, and provide the initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's standing order.

**1.    A.  Individuals likely to have discoverable information:**

Scott D. Lawson
19140 Mims Lane
Andalusia, Alabama  36420

Steven Lawson
21123 Loop Road
Andalusia, Alabama  36420

Fredrick S. Martin, Jr.
533 East 20th Street
Cookeville, Tennessee  38501

Steven F. McGowin
Investigating Officer
c/o Andalusia Police Department

Corporate Representative(s) for Swift Transportation

Custodian of Records-
Injuries and treatment of Plaintiff Scott Lawson
Roger Boyington, M.D.
Attention: Patient Release of Information
135 Medical Park Drive
Suite 1A
Andalusia, Alabama  36420

Custodian of Records-
Injuries and treatment of Plaintiff Steven Lawson
Gilbert Holland, M.D.
Attention: Patient Release of Information
848 South Three Notch Street
Andalusia, Alabama  36420

Custodian of Records-
Injuries and treatment of Plaintiffs Scott Lawson and Steven Lawson
Andalusia Regional Hospital
Attention: Patient Release of Information
Post Office Box 760
Andalusia, Alabama  36420

Possibly other witnesses, who are unknown at this time.

**B. Documents and tangible things which may be used to support claims:**

Plaintiffs will produce a copy of the medical records and billing statements for the Plaintiffs.

Plaintiffs will provide a copy of the accident report prepared by the Hamilton Police Department, if the Defendants do not already have a copy.

### C. Computation of damages claimed by Plaintiffs:

The precise computation of the damages suffered by Plaintiffs is uncertain at this time. Plaintiffs will supplement as discovery is ongoing.

### D. Insurance Agreement:

Not applicable.

       Respectfully submitted,

       s/R. Matt Glover (ASB-7828-A43G)
       **Prince Glover Law**
       1 Cypress Point
       701 Rice Mine Road North
       Tuscaloosa, Alabama 35406
       (205) 345-1234
       (205) 752-6313 facsimile
       mglover@princelaw.net

       s/Stacy Bryan Brooks(ASB-9087-C66B)
       **Jones & Jones, P.C.**
       530 East Three Notch Street
       Andalusia, Alabama 36420
       (334) 222-3161
       (334) 222-3163 facsimile
       joneslaw@andycable.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Done this the 1st day of July, 2007.

s/R. Matt Glover<br>Of Counsel

Lea Richmond, IV, Esquire