IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Scott D. Lawson and Steven Lawson, )
)
  Plaintiff, )
)
v. ) CASE NO. 2:07CV-356-MHT
)
Swift Transportation Co., Inc. and Fredrick S. Martin, )
)
  Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Scott D. Lawson_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

8/2/2007
Date

/s/R. Matt Glover (ASB-7828-A43G)
(Signature)

R. Matt Glover
(Counsel's Name)

Scott D. Lawson and Steven Lawson
Counsel for (print names of all parties)

1 Cypress Point, 701 Rice Mine Road North,
Tuscaloosa, Alabama 35406
Address, City, State Zip Code

205-345-1234
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

## CERTIFICATE OF SERVICE

I, Matt Glover, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of August 20 07, to:

Lea Richmond, IV, Esquire

Stacy Brooks, Esquire

8/2/2007
Date

/s/R. Matt Glover
Signature