IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SCOTT D. LAWSON and        )
STEVEN LAWSON,             )
                           )
    Plaintiffs,            )
                           )     CIVIL ACTION NO.
    v.                     )       2:07cv356-MHT
                           )
SWIFT TRANSPORTATION CO.,  )
INC., and FREDRICK S.      )
MARTIN, JR.,               )
                           )
    Defendants.            )
```

ORDER

It is ORDERED as follows:

(1) The motion for leave to amend (Doc. No. 14) is granted.

(2) The name of the defendant is corrected to read Swift Transportation Co., Inc.

(3) The clerk of the court is to amend the docket sheet to show the correct name of defendant Swift Transportation Co., Inc.

DONE, this the 13th day of August, 2007.

                                       /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE