# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 2:07cv356-MHT |
| SWIFT TRANSPORTATION and FREDRICK S. MARTIN, JR., | ) ) ) ) |
| Defendants. | ) |

## ANSWER TO THIRD AMENDED COMPLAINT

COME NOW the Defendants, **Fredrick S. Martin, Jr.**, and **Swift Transportation Co., Inc.**, and hereby respond to the Plaintiffs' Third Amended Complaint by adopting and incorporating by reference each and every denial, averment, and defense asserted in the Defendants' previously filed Answer to the Plaintiffs' Second Amended Complaint.

s/ Lea Richmond, IV
Lea Richmond, IV (ASB-8479-l74r)
**ATTORNEYS FOR DEFENDANTS**

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of August, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

R. Matt Glover, Esq.
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

Stacy Bryan Brooks, Esq.
**JONES & JONES, P.C.**
530 East Three Notch Street
Andalusia, Alabama 36520

                                 s/ Lea Richmond, IV
                                 Of Counsel