# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and ) | |
| STEVEN LAWSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:   2:07cv356-MHT |
| ) | |
| SWIFT TRANSPORTATION ) | |
| CO., INC., and ) | |
| FREDRICK S. MARTIN, JR., ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant **Swift Transportation Co., Inc.**, and, pursuant to the Order of the Middle District of Alabama dated June 12, 2007, does hereby make its statement concerning all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities that could potentially pose a financial or professional conflict for a judge:

Swift Transportation Co., Inc., became a privately held company on May 10, 2007, prior to filing its Answer on May 29, 2007.

s/ Lea Richmond, IV
_____

Lea Richmond, IV (ASB-8479-l74r)
**ATTORNEY FOR DEFENDANTS**

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of August, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

R. Matt Glover, Esq.
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

Stacy Bryan Brooks, Esq.
**JONES & JONES, P.C.**
530 East Three Notch Street
Andalusia, Alabama 36520

s/ Lea Richmond, IV
_____
Of Counsel