IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SCOTT D. LAWSON and        )
STEVEN LAWSON,             )
                           )
    Plaintiffs,            )
                           )    CIVIL ACTION NO.
    v.                     )     2:07cv356-MHT
                           )
SWIFT TRANSPORTATION CO.,  )
INC., and FREDRICK S.      )
MARTIN, JR.,               )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that the motion to amend scheduling order (Doc. No. 24) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 11) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 10).

DONE, this the 4th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE