# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, § § § | |
| PLAINTIFFS, § § | |
| VS § | CV 2:07cv356-MHT |
| § | |
| SWIFT TRANSPORTATION § CORPORATION, INC. and § FREDRICK S. MARTIN, JR., § § | JURY DEMAND |
| DEFENDANTS. § | |

## MOTION TO DISMISS

**COME NOW** the Plaintiffs, by and through their counsel of record, and respectfully stipulate that the following counts maybe be dismissed with prejudice, costs taxed as paid, against Defendants Swift Transportation and Fredrick Martin, Jr.: NEGLIGENT/WANTON HIRING, TRAINING, RETENTION, AND SUPERVISION; and NEGLIGENT/WANTON ENTRUSTMENT.

    Respectfully submitted,
    s/R. Matt Glover (ASB-7828-A43G)
    **Prince Glover Law**
    1 Cypress Point
    701 Rice Mine Road North
    Tuscaloosa, Alabama 35406
    (205) 345-1234
    (205) 752-6313 facsimile
    mglover@princelaw.net

          s/Stacy Bryan Brooks(ASB-9087-C66B)
**Jones & Jones, P.C.**
530 East Three Notch Street
Andalusia, Alabama  36420
(334) 222-3161
(334) 222-3163 facsimile
joneslaw@andycable.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Done this the 18th day of February, 2008.

          s/R. Matt Glover
          Of Counsel

Lea Richmond, IV, Esquire