# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **SCOTT D. LAWSON and STEVEN LAWSON,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 2:07cv356-MHT |
| **SWIFT TRANSPORTATION and FREDRICK S. MARTIN, JR.,** | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW the Defendants, **Fredrick S. Martin, Jr.**, and **Swift Transportation Co., Inc.**, and, pursuant to Rules 56 and 54(b) of the Federal Rules of Civil Procedure, move this Honorable Court for an Order granting partial summary judgment in their favor on the Plaintiffs' claims of wantonness. There are no genuine issues of material fact as to the Plaintiffs' wantonness claims, and Defendants are entitled to judgment as a matter of law with respect to these claims. The Defendants do not seek summary judgment on the Plaintiff's negligence claims. This motion is supported by the pleadings, responses to written interrogatories, the videotape of the

responding officer's investigation into the subject accident, transcripts of depositions taken, and the applicable law outlined in the brief filed contemporaneously herewith.

<strong>MOVANTS REQUEST ORAL ARGUMENT</strong>

                                    s/ Lea Richmond, IV
                                    Lea Richmond, IV (ASB-8479-l74r)
                                    **ATTORNEY FOR DEFENDANTS**

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

<strong><u>CERTIFICATE OF SERVICE</u></strong>

     I hereby certify that on the 19th day of February, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

R. Matt Glover, Esq.
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

Stacy Bryan Brooks, Esq.
**JONES & JONES, P.C.**
530 East Three Notch Street
Andalusia, Alabama 36520

                                    s/ Lea Richmond, IV
                                    Of Counsel