IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT D. LAWSON and<br>STEVEN LAWSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO.,<br>INC., and FREDRICK S.<br>MARTIN, JR.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:07cv356-MHT |

## ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 27) is set for submission, without oral argument, on March 13, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 20th day of February, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE