# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, § § § | |
| PLAINTIFFS, § § | |
| VS § | CV 2:07cv356-MHT |
| § | |
| SWIFT TRANSPORTATION CORPORATION, INC. and FREDRICK S. MARTIN, JR., § § § § | |
| DEFENDANTS. § | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COME NOW** the Plaintiffs, by and through their counsel of record, and respectfully inform the Court that mediation was held on March 10, 2008, before the Honorable Ted Colquett of Webster, Henry, Lyons & White. After a diligent attempt at settlement, mediation was not successful. However, the parties shall continue their effort to settle this matter short of trial.

Respectfully submitted,
s/R. Matt Glover (ASB-7828-A43G)
**Prince Glover Law**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
(205) 345-1234
(205) 752-6313 facsimile
mglover@princelaw.net

        s/Stacy Bryan Brooks(ASB-9087-C66B)
**Jones & Jones, P.C.**
530 East Three Notch Street
Andalusia, Alabama  36420
(334) 222-3161
(334) 222-3163 facsimile
joneslaw@andycable.com

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Done this the 11th day of March, 2008.

        s/R. Matt Glover
        Of Counsel

Lea Richmond, IV, Esquire
Brandi Kellis, Esquire