IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SCOTT D. LAWSON** and **STEVEN LAWSON,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2:07cv356-MHT ) |
| **SWIFT TRANSPORTATION** and **FREDRICK S. MARTIN, JR.,** | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Thomas L. Oliver, II, of the firm Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C., and makes an appearance as additional counsel of record on behalf of the Defendants in this matter.

Respectfully submitted this 11th day of March, 2008.

                                                    s/ Thomas L. Oliver, II
                                                  Thomas L. Oliver, II (ASB-3153-r53t)
                                                  **ATTORNEY FOR DEFENDANTS**

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of March, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

R. Matt Glover, Esq.
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

Stacy Bryan Brooks, Esq.
**JONES & JONES, P.C.**
530 East Three Notch Street
Andalusia, Alabama 36520

                                             s/ Thomas L. Oliver, II
                                             Of Counsel