# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, | § § § | |
| PLAINTIFFS, | § § | |
| VS | § § | CV 2:07cv356-MHT |
| SWIFT TRANSPORTATION CO., INC. and FREDRICK S. MARTIN, JR., | § § § § § | UNOPPOSED |
| DEFENDANTS. | § | |

## PLAINTIFFS' MOTION TO SUBSTITUTE EXHIBIT

**COME NOW** the Plaintiffs, Scott D. Lawson and Steven Lawson, by and through their counsel of record, and move this Court to grant Plaintiffs' Motion to Substitute Exhibit. Defendants' counsel has been presented with and does not oppose this motion from a procedural standpoint. Defendants' counsel objects to the actual exhibit being admitted due to an issue of inadmissibility, but will be raising this issue in a forthcoming Motion to Strike.

In support of their motion, Plaintiffs offer the following:

1. On March 13, 2008, Plaintiffs filed their Response to Defendants' Motion for Partial Summary Judgment.

1

2. In said response, Plaintiffs attached as Exhibit 2, a diagram of the accident scene made the basis of this suit.

3. Plaintiffs' counsel inadvertently attached a diagram from an accident scene other than the one made the basis of this suit.

4. Plaintiffs' counsel request to substitute the incorrect diagram with the correct diagram.

WHEREFORE THESE PREMISES CONSIDERED, Plaintiffs respectfully ask this Honorable Court to grant Plaintiffs' Motion to Substitute Exhibit.

Respectfully submitted,
s/R. Matt Glover (ASB-7828-A43G)
**Prince Glover Law**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
(205) 345-1234
(205) 752-6313 facsimile
mglover@princelaw.net

s/Stacy Bryan Brooks(ASB-9087-C66B)
**Jones & Jones, P.C.**
530 East Three Notch Street
Andalusia, Alabama  36420
(334) 222-3161
(334) 222-3163 facsimile
joneslaw@andycable.com

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Done this the 17th day of March, 2008.

                                                        <u>s/R. Matt Glover</u>
                                                        Of Counsel

Lea Richmond, IV, Esquire
Brandi Kellis, Esquire