# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, § § § | |
| PLAINTIFFS, § § | |
| VS § | CV 2:07cv356-MHT |
| § | |
| SWIFT TRANSPORTATION CORPORATION, INC. and FREDRICK S. MARTIN, JR., § § § § | |
| DEFENDANTS. § | |

## NOTICE OF APPEARANCE

COMES NOW Joshua P. Hayes and hereby enters his appearance as an additional attorney of record for Plaintiffs in the above case.

                                       Respectfully submitted,
                                       s/Joshua P. Hayes
                                       ASB-4868-H68H
                                       Attorney for Plaintiffs
                                       Prince ·Glover Law
                                       1 Cypress Point
                                       701 Rice Mine Road N
                                       Tuscaloosa, Alabama  35406
                                       Phone: 205-345-1234
                                       Fax: 205-752-6313
                                       Email: jhayes@princelaw.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lea Richmond, IV, Esquire
Brandi Kellis, Esquire
R. Matt Glover, Esquire
Stacy Brooks, Esquire

  This the 18th day of March, 2007.

                     s/Joshua P. Hayes