IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and<br>STEVEN LAWSON,<br><br>   Plaintiffs,<br><br>   v.<br><br>SWIFT TRANSPORTATION CO.,<br>INC., and FREDRICK S.<br>MARTIN, JR.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:07cv356-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is ORDERED that the motion to substitute exhibit (Doc. No. 34) is granted.

DONE, this the 19th day of March, 2008.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE