**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                    TELEPHONE (334) 954-3600

March 20, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Scott D. Lawson vs. Swift Transportation Co., Inc., et al**
**Case Number: 2:07cv356-MHT**

**Pleading : #33 Response to Motion for Partial Summary Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/13/2008 with the incorrect diagram attached to the pleading as Exhibit 2.**

**The corrected pdf document is attached to this notice.**

Case 2:07-cv-00356-MHT-CSC    Document 37-2    Filed 03/20/2008    Page 1 of 1

# Exhibit 2

