IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and <br> STEVEN LAWSON, <br> <br> Plaintiffs, <br> <br> v. <br> <br> SWIFT TRANSPORTATION and <br> FREDRICK S. MARTIN, JR., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.:   2:07cv356-MHT <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO STRIKE**

COME NOW the Defendants, **Fredrick S. Martin, Jr.**, and **Swift Transportation Co., Inc.**, (hereinafter "Defendants") and move that this Court strike Exhibits 2 and 3 to the Plaintiffs' Response in opposition to the Defendants' Motion for Partial Summary Judgment (Doc. 33). As grounds for the instant motion, Defendants show this Honorable Court the following:

1. In opposition to the Defendants' Motion for Partial Summary Judgment, the Plaintiffs have attempted to submit as evidence in this case a diagram of the accident scene that was prepared as part of the official police report of the subject accident

("Exhibit 2"), as well as what they claim is a photograph of the accident scene ("Exhibit 3").

2. On March 17, 2008, the Plaintiffs moved to substitute the diagram originally filed as Exhibit 2 with the diagram prepared by investigating officer Steven McGowin as part of the accident report. (See Doc. 34; Doc. 37-2; and Accident Report, attached hereto as Exhibit A). Their motion was granted (Doc. 36), but their newly proffered Exhibit 2 should be stricken from the record.

3. This is because the new Exhibit 2 is part of the Alabama Uniform Traffic Accident Report prepared by the police officer investigating the subject accident. (See Doc. 37-2; Exhibit A (also attached as Exhibit 1 to the Dep. of Steven Francis McGowin); and Dep. of Steven Francis McGowin, p. 30, lines 7-15, attached here to as Exhibit B). Although the Plaintiffs have redacted the investigating officer's signature and other identifying information from the diagram they submitted to this Court (Doc. 37-2), it is clear that this diagram is a photocopy of the one Officer McGowin drew in completing the Uniform Traffic Accident Report for the subject accident. (Compare Doc. 37-2 to Ex. A).

4. ALA. CODE § 32-10-11 (1975) expressly prohibits the use of vehicle accident reports as evidence in any trial, civil or criminal, arising out of an accident. See Mainor v. Hayneville Telephone Co., 715 So. 2d 800 (Ala. Civ. App. 1997) (holding

that § 32-10-11 mandates the blanket inadmissibility of all Uniform Accident Reports). See also Stevens v. Stanford, 766 So. 2d 849, 852 (1999) (accident report was inadmissible because neither of the investigating officers was a witness to the accident, and their report recounted the statements and conclusions of others).

5. As in Stevens, any part of the Uniform Traffic Accident Report regarding the subject accident here is inadmissible because the investigating officer, Officer McGowin, did not witness the subject accident (McGowin Dep. at p. 10, lines 2-9, attached hereto as Exhibit C), and the conclusions reflected in his report were based at least in part on the information he received from others. (McGowin Dep. at p. 32, lines 10-17, attached hereto as Exhibit D).

6. Moreover, Exhibit 2, as proffered, is also inadmissible due to the fact that it is not properly identified or authenticated.

7. Regarding the photograph submitted as Exhibit 3, this picture is neither properly identified nor authenticated, making it inadmissible, as well.

WHEREFORE, PREMISES CONSIDERED, Defendants Fredrick S. Martin, Jr., and Swift Transportation Co., Inc., respectfully request that this Court strike Exhibits 2 and 3 to Document 33 as inadmissible.

s/ Lea Richmond, IV
Lea Richmond, IV (ASB-8479-l74r)
**ATTORNEY FOR DEFENDANTS**

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2008, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

R. Matt Glover, Esq.
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

Stacy Bryan Brooks, Esq.
**JONES & JONES, P.C.**
530 East Three Notch Street
Andalusia, Alabama 36520

                                              s/ Lea Richmond, IV
                                              Of Counsel

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 1/91 | DPS Accident No. _____

Shaded Areas To Be Used By Data Processing Only | Sheet 1 of 2 Sheet(s) | Microfilm No. _____ | Local Case No. 000021607

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 03/15/2007 | 19:18 PM | TH | 23 | ANDALUSIA | | (S) State | E |

- On Street, Road or Highway: **HWY 84 E**
- At Intersection of or Between (Node 1): **SHREVE RD**
- And (Node 2): **NA**
- Street or Road Code: **S012** / **8137**
- Node Code: **0**
- Prime Contr Circms: **03**
- Prime Contr Unit No: **1**
- First Harmful Event: **20**
- Event Location: **06**
- Distance to Fixed Object: **NA FT**

### Noncollision Event
01-Overturned, 02-Fire/Explosion, 03-Immersion, 04-Gas Inhalation, 05-Spill, 06-Other Fixed Object, 07-Jackknifed, 08-Parts/Cargo Fell From Moving Vehicle, 09-Trailer Hitch Loose, 12-Other

### Collision Event
15-Pedestrian(s), 20-Non-parked Veh, 30-Parked Vehicle, 35-Train, 40-Pedal Cyclist, 45-Animal, 51-Guardrail, 52-Crash Cushion, 53-Utility Pole, 54-Non-brkaway Light, 55-Tree, 56-Fire Hydrant, 57-Pier or Column, 59-Non-brkaway Sign, 61-Mailbox(es), 62-Gas Line, 63-Barricad, 64-Bridge Rail, 65-Culvert Headwall, 66-Curbing, 67-Retaining Wall, 68-Median Barrier, 69-Sideslope, 71-Building, 72-Fence, 73-Boulder, 74-Ditch, 75-Overpass/Underpass, 76-Other Fixed Object, 77-Breakaway Sign, 78-Manhole, 79-Telephone Booth, 80-Guy Wire, 81-Breakaway Light, 82-Overhead Object, 84-Bridge Abutment, 87-Animal with Rider, 90-Foreign Material in Rd, 93-Pothole, 97-None, 98-Other

## UNIT 1 (LEFT SCENE X, COM VEH)

### Driver
- Driver Full Name: **FREDRICK S MARTIN JR**
- Street Address: **533 EAST 20TH ST**
- City and State: **COOKEVILLE TN**
- ZIP: **38501**
- Telephone No.: **(860) 922-0783**
- DOB: **07/31/1945**
- Race: **W**  Sex: **M**  DL State: **TN**
- Driver License No.: **099659955**
- DL Class: **AM**  DL Status: **C**
- List Restrictions Not Complied With
- CDL Status: **C**
- List Endorsements Not Complied With
- Residence Less Than 25 Miles: **No**
- Place of Employment: **SWIFT TRANSPORTATION**
- Liability Insurance Co.: **ACCORD**
- Social Security No.:
- Driver Condition: **1-No Defect** (2-Apparently Asleep, 3-Fatigued, 4-Ill, 8-Other, 9-Unknown)
- Sobriety - Officer's Opinion: Alcohol: No, Unk. Drugs: No, Unk.
- Type Test Given: **9-No Test** (1-Blood, 2-Breath, 3-Urine, 4-Unable to Administer, 5-Refused)
- Test Results: **NA**
- Maneuver: **15**
- Travel Road Name: **HWY 84 E**
- Rode Code: **S012**
- Travel Direction: **E** (N/S/W/A-Not on Rd/U-Unk)
- Other Contr Circumstance: **08**
- Prime Harm Event: **20**
- Event Loc: **06**

### Vehicle
- Veh Year: **2007**  Make: **VOLV**  Model: **TT**  Body: **OT**
- V.I.N.: **4V4NC9TG37N440581**
- License Tag Number: **2JS216**  State: **OK**  Year: **2007**
- Owner's Name: **SWIFT TRANSPORTATION**
- Street or R.F.D.: **9400 NW 10TH ST**
- City: **OKLAHOMA**  State: **OK**  ZIP: **73127**
- Type: **5-Truck Tractr**
- Usage: **1-None** (circled appears to be marker – hazardous cargo); Usage marker: **7-Transport Prp**
- Hazardous Cargo: **1-None**
- Attachment: **3-Semi Trailer**
- Contributing Defect: **97-None**
- Circle areas Damaged On Diagram: **10 Under Carriage**, **8, 1, 2, 95 N/A, 9, 3, 6, 5, 4**
- Speed Limit: **45 MPH**  Est. Speed: **10 MPH**
- Citation Offense Charged: **NONE**
- Damage Severity: **2-Not Disabled**
- Vehicle Towed Away: **No**
- Occupants in Unit: **2**  Total Injuries in Unit: 
- Attachment: **11**
- Enter Point of Initial Impact: **11**
- Vehicle Towed By Whom: **NA**  To Where: **NA**

## UNIT 2 (LEFT SCENE, COM VEH, PEDESTRIAN X VEHICLE)

### Driver
- Driver Full Name: **SCOTT D LAWSON**
- Street Address: **19140 MIMS LN**
- City and State: **ANDALUSIA AL**
- ZIP: **36420**
- Telephone No.: **(334) 804-8527**
- DOB: **06/26/1975**
- Race: **W**  Sex: **M**  DL State: **AL**
- Driver License No.: **6047611**
- DL Class: **D**  DL Status: **C**
- CDL Status: **N**
- Residence Less Than 25 Miles: **Yes**
- Place of Employment: **JORDAN ELECTRIC, ANDALUSIA, AL**
- Liability Insurance Co.: **ONEAL AGENCY**
- Driver Condition: **1-No Defect**
- Sobriety - Officer's Opinion: Alcohol: No, Unk. Drugs: No, Unk.
- Type Test Given: **9-No Test**
- Test Results: **NA**
- Maneuver: **01**
- Travel Road Name: **HWY 84 E**
- Rode Code: **S012**
- Travel Direction: **E**
- Other Contr Circumstance: **97**
- Prime Harm Event: **20**
- Event Loc: **06**

### Vehicle
- Veh Year: **1999**  Make: **CHEV**  Model: **LUM**  Body: **4D**
- V.I.N.: **2G1WL52M7X9165566**
- License Tag Number: **23C570R**  State: **AL**  Year: **2007**
- Owner's Name: **MELISSA MARROW**
- Street or R.F.D.: **19140 MIMS LN**
- City: **ANDALUSIA**  State: **AL**  ZIP: **36420**
- Type: **1-Auto**
- Usage: **1-Personal**
- Hazardous Cargo: **1-None**
- Attachment: **1-None**
- Contributing Defect: **97-None**
- Circle areas Damaged On Diagram: **10 Under Carriage**, **8, 1, 2, 95 N/A, 7, 9, 3, 6, 5, 4** — **TOTALED**
- Speed Limit: **45 MPH**  Est. Speed: **45 MPH**
- Citation Offense Charged: **NONE**
- Damage Severity: **3-Disabled**
- Vehicle Towed Away: **Yes**
- Occupants in Unit: **2**  Total Injuries in Unit:
- Attachment: **11**
- Enter Point of Initial Impact: **03**
- Vehicle Towed By Whom: **COBRA & MYSTERY**  To Where: **COBRA & MYSTERY (LOCAL)**

## CODES

### Contributing Circumstances
01-Improper Passing, 02-Improper Ln Change/Usge, 03-Following Too Close, 04-Misjudge Stopping Dist, 05-Over Speed Limit, 06-Avoid Object/Prsn/Veh, 07-Unseen Object/Prsn/Veh, 08-Improper Backing, 09-Inop Traffic Control, 10-Improper/No Signal, 11-Fail to Heed Sign/Signal, 13-Improper Driving Environ, 14-Road Defect, 15-Vision Obstruction, 16-Defective Equipment, 17-DUI, 18-Under Min Speed, 19-Improper Load/Size, 20-Ped Under Influence, 21-Fail to Yield Right-of-Way, 22-Driver Condition, 23-Wrong Side of Road, 24-Veh Pushed/Twd by Veh, 25-Veh Pushed by Persn, 26-Veh Left Road, 27-Driver Not in Control, 28-Load Shift, 29-Parts/Cargo frm Veh, 30-Ped Violation, 31-Ped Under Influence, 32-Ped Attachment, 33-Illegal/Improper Prkng, 97-None, 98-Other, 99-Unknown

### Driver Maneuver
01-Go Straight Ahead, 02-Pass on Left, 03-Pass on 1-Way Street, 04-Pass on Right, 05-Go Straight-Left Trn Ln, 06-Go Straight-Right Trn Ln, 08-Change Lanes-Left, 10-Change Lanes-Right, 12-Wrong Way-1 Way, 13-Right Turn, 14-Left Turn, 15-U-Turn, 16-Start from Park, 18-Slowing/Stopping, 19-Stopped in Traffic, 20-Avoid Object in Road, 21-Exiting Private Road/Property, 22-Merge-Left, 23-Merge-Right, 60-PediCyc Ride with Traffic in Rd, 61-PediCyc Ride with Traffic off Rd, 62-PediCyc Ride Agnst Traffic in Rd, 63-PediCyc Ride Against Traffic off Rd, 64-PediCyc Rd W-With Traffic, 65-PediCyc Rd Across Rd, 67-PediCyc Ride Bike Path, 70-Enter Parked Position, 71-Parked - Legally, 72-Parked - Illegally, 80-Backing, 81-Backing, 87-Pushed By Pedestrian, 98-Other, 99-Unknown

### Pedestrian Action
1-Cross/Enter-Intersection, 2-Cross/Enter-Other, 3-Walk in Rd-With Traffic, 4-Walk in Rd-Agnst Traffic, 5-Stand in Roadway, 6-Get on/off Vehicle, 7-Push/Work on Vehicle, 8-In Road-Other Work, 9-In Road-Playing, 11-Not in Road, 98-Other

### Event Loc
1-On Roadway, 2-Off Roadway, 3-Median, 4-Driveway, 5-Private Road/Property, 6-In Intersection

Unit No. 01
(same as on ...)

Uniform Traffic Accident Report
Truck/Bus Supplemental Sheet

1/94

Sheet _1_ of _1_ Sheets

## General Instructions

Complete this form for each qualifying vehicle **ONLY** if the accident meets **BOTH** of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

## Screening Information

Number of Qualifying Vehicles:
- Trucks with 6 or more tires or Haz/Mat placard __1__
- Buses designed to carry 16 or more (including driver) ____

Number of Persons:
- Sustaining fatal injuries ____
- Transported for **immediate** medical treatment ____

Number of vehicles towed from scene due to damage or provided assistance __1__

## Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
- A. Truck, tractor or bus __17400__
- B. Trailer or trailers (total) __13322__
- Total GVWR for unit (A + B) __30722__

Total number of axles __5__

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ____ Yes __X__ No
If Yes, include following information from placard
- A. Name or 4-digit number from diamond or box ____
- B. The 1-digit number from bottom of diamond ____

Was hazardous material released from THIS vehicle's cargo? ____ Yes __X__ No

**Vehicle Configuration** (circle one number)
1. Bus    2. Single unit truck (2 axles/6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tracktor only (bobtail)    **(6)** Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4 tired vehicle

**Cargo Body Type** (circle one number)
1. Bus    **(2)** Van/enclosed box    3. Cargo tank    4. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/refuse    9. Other ____

## Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __SWIFT TRANSPORTATION__

Source (circle one number)    1. Vehicle side    **(2)** Shipping papers    3. Driver    4. Other

Carrier mailing address (Street or P.O. Box) __9400 NW 10TH ST__

City, State, Zip __OKLAHOMA CITY OK 73127__

Carrier Identification Numbers ( ____ None = 0)

US DOT __054283__    ICC MC ____    STATE NO. ____    STATE ____

## Sequence of Events

Note: for THIS vehicle - list up to four    Event #1 __10__    Event #2 ____    Event #3 ____    Event #4 ____

**EVENT CODES**

Non-Collision:
1. Ran off road    2. Jackknife    3. Overturned (rollover)    4. Downhill runaway
5. Cargo loss or shift    6. Explosion or fire    7. Seperation of units    8. Other non-collision

Collision With:
9. Pedestrian    10. Non-parked vehicle    11. Parked vehicle    12. Train
13. Pedacycle    14. Animal    15. Fixed object    16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
| S.F. McGowin  STEVEN F MCGOWIN | 00574 | 0230100 | 2007-03-15 | 23:50 PM (X) |

Case 2:07-cv-00356-MHT-CSC    Document 39-2    Filed 03/24/2008    Page 3 of 3



FREEDOM COURT REPORTING

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF ALABAMA
 3                      NORTHERN DIVISION
 4
 5
 6   SCOTT D. LAWSON and
     STEVEN LAWSON,
 7
            Plaintiffs,
 8
     vs.                              CASE NO. 2:07cv356-MHT
 9
10   SWIFT TRANSPORTATION
     CO., INC., and
11   FREDRICK S. MARTIN, JR.,
12          Defendants.
13
14
                     * * * * * * * * * *
15
           DEPOSITION OF STEVEN FRANCIS McGOWIN, taken
16
     pursuant to stipulation and agreement before Sherry
17
     McCaskey, Certified Court Reporter and Commissioner
18
     for the State of Alabama at Large, in the Law
19
     Offices of Jones & Jones, 530 East Three Notch
20
     Street, Andalusia, Alabama, on Tuesday, October 23,
21
     2007, commencing at approximately 10:15 a.m.
22
                     * * * * * * * * * *
23
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 30

1         EXAMINATION
2   BY MR. RICHMOND:
3   Q.   Officer McGowin, my name is Lea Richmond.  I
4        represent Fredrick Martin and Swift
5        Transportation Company, Incorporated, in this
6        lawsuit.
7             Let me start by asking you a question
8        about what's been marked as Plaintiffs'
9        Exhibit 1.  I understand that this is the
10       Alabama Uniform Traffic Accident Report that
11       you completed in connection with this
12       accident, correct?
13  A.   It's a copy.
14  Q.   Copy of the report that you completed?
15  A.   Correct.
16  Q.   Now, the information that you relied upon at
17       least, in part, to complete this report was
18       based upon conversations you had with the
19       parties or witnesses.  Would that be a true
20       statement?
21  A.   In -- possibly in part.
22  Q.   Correct.  Insofar as that not all the
23       information was based upon your observation of

**FREEDOM COURT REPORTING**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            MIDDLE DISTRICT OF ALABAMA
 3                 NORTHERN DIVISION
 4
 5
 6   SCOTT D. LAWSON and
     STEVEN LAWSON,
 7
             Plaintiffs,
 8
     vs.                    CASE NO. 2:07cv356-MHT
 9
10   SWIFT TRANSPORTATION
     CO., INC., and
11   FREDRICK S. MARTIN, JR.,
12           Defendants.
13
14
             * * * * * * * * * *
15
             DEPOSITION OF STEVEN FRANCIS McGOWIN, taken
16
     pursuant to stipulation and agreement before Sherry
17
     McCaskey, Certified Court Reporter and Commissioner
18
     for the State of Alabama at Large, in the Law
19
     Offices of Jones & Jones, 530 East Three Notch
20
     Street, Andalusia, Alabama, on Tuesday, October 23,
21
     2007, commencing at approximately 10:15 a.m.
22
             * * * * * * * * * *
23
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Page 10

1           of 2007.
2                   How did you first learn that there was an
3           accident that you needed to investigate?
4     A.    We were at shift change. Our shift change
5           occurs between 1850 or 6:50 in the evening to
6           about 1910 to 1915 which would be 7:15. And
7           while we were at the end of shift change, we
8           received notification of a traffic accident on
9           the eastern side of town. That particular
10          evening, I was working that particular
11          sector. And because of my background, I'm
12          normally dispatched to almost all of the
13          roadway traffic accidents that we have. So I
14          was dispatched to this traffic accident on
15          Highway 84 East.
16    Q.    And that would have been sometime around 7,
17          7:30 in the evening?
18    A.    It would -- I would have been dispatched
19          probably around 7:15'ish.
20    Q.    Do you remember what the weather was like that
21          night?
22    A.    It had been raining for most of the afternoon,
23          if I remember.

**FREEDOM COURT REPORTING**

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SCOTT D. LAWSON and
STEVEN LAWSON,

    Plaintiffs,

vs.    CASE NO. 2:07cv356-MHT

SWIFT TRANSPORTATION
CO., INC., and
FREDRICK S. MARTIN, JR.,

    Defendants.

\* \* \* \* \* \* \* \* \* \*

DEPOSITION OF STEVEN FRANCIS McGOWIN, taken pursuant to stipulation and agreement before Sherry McCaskey, Certified Court Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Jones & Jones, 530 East Three Notch Street, Andalusia, Alabama, on Tuesday, October 23, 2007, commencing at approximately 10:15 a.m.

\* \* \* \* \* \* \* \* \* \*

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 32

```
 1            what I was -- what I was able to determine was
 2            that in my estimation, the speed that the
 3            driver said that he was doing was -- did
 4            coincide with where his vehicle was at, the
 5            distance that the vehicle had traveled once
 6            there was a yaw mark that was visible, and the
 7            final resting point of the vehicle.
 8    Q.      Right.  And we'll talk in more detail about
 9            that.  I'm not trying to quibble with you
10            about your actual findings.  I just wanted to
11            see if you would agree with me that at least
12            some of the information relied upon this
13            report or the information that you relied upon
14            in compiling this report was given to you
15            verbally by people at the scene.
16    A.      I would say that it was contributing to my
17            reaching my conclusions.
18    Q.      And along those lines, Mr. Martin, did you
19            find him to be cooperative with you at the
20            scene?
21    A.      Yes.
22    Q.      Was he pleasant and cordial with you?
23    A.      He was very concerned.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**