IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SCOTT D. LAWSON and         )
STEVEN LAWSON,              )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )     2:07cv356-MHT
                            )
SWIFT TRANSPORTATION CO.,   )
INC., and FREDRICK S.       )
MARTIN, JR.,                )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 38) is granted.

DONE, this the 26th day of March, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**