IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and ) | |
| STEVEN LAWSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv356-MHT |
| ) | |
| SWIFT TRANSPORTATION CO., ) | |
| INC., and FREDRICK S. ) | |
| MARTIN, JR., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to strike (Doc. No. 39) is set for submission, without oral argument, on April 11, 2008, with all briefs due by said date.

DONE, this the 26th day of March, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE