IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTT D. LAWSON and STEVEN LAWSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.:   2:07cv356-MHT |
| SWIFT TRANSPORTATION and FREDRICK S. MARTIN, JR., | ) ) ) ) |
| Defendantss. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-styled cause, Plaintiffs, Scott D. Lawson and Steven Lawson, and Defendants Swift Transportation and Fredrick S. Martin, Jr., by and through their respective counsel, and hereby show unto the Court that said parties have agreed that this action should be dismissed with prejudice with costs taxed as paid.

_____
R. Matt Glover, Esq.
**ATTORNEY FOR THE PLAINTIFFS**
**PRINCE GLOVER LAW**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406

_____
Lea Richmond, IV
**ATTORNEYS FOR DEFENDANTS**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216